# NOTICE OF REMOVAL
# EXHIBIT A

**FILED**
2023 JAN 12 02:42 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-00773-5 SEA

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

| | |
|---|---|
| PUGET SOUND ENERGY, INC., a Washington corporation, | NO. |
| Plaintiff, | COMPLAINT |
| v. | |
| ONE CALL LOCATORS, LTD. d/b/a ELM LOCATING & UTILITY SERVICES, a Montana corporation, | |
| Defendant. | |

Plaintiff Puget Sound Energy, Inc. ("PSE") alleges as follows:

## I. PARTIES

1.1.    PSE is a Washington corporation that does business in King County, Washington.

1.2.    Defendant One Call Locators, Ltd. d/b/a ELM Locating & Utility Services ("ELM") is a Montana corporation registered to do business in Washington and does business in King County, Washington.

## II. JURISDICTION AND VENUE

2.1.    The Court has subject matter jurisdiction over this matter pursuant to RCW 2.08.010.

COMPLAINT - 1

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

2.2.   Personal jurisdiction and venue are proper because PSE and ELM transact business in King County and the relevant contract described below provides for jurisdiction and venue in King County.

### III.  FACTUAL ALLEGATIONS

**The PSE-ELM Services Agreement**

3.1.   ELM entered into Services Agreement No. 4600010854 with PSE on or about April 28, 2017 ("Agreement").

3.2.   The Agreement requires ELM to perform locating and marking services for PSE's underground facilities, such as natural gas lines, located within PSE's service territory.

3.3.   The Agreement requires ELM to ensure PSE complies with its facilities ownership responsibilities under Washington's Underground Utility Damage Prevention Act (chapter 19.122 RCW).

3.4.   Washington's Underground Utility Damage Prevention Act (chapter 19.122 RCW) is known as the "Dig Law."

3.5.   One of the purposes of the Dig Law is to protect the state's underground utility systems from damage caused by digging.

3.6.   Under the Agreement, ELM is required to receive and record locate requests from the one-number locator service established by the Dig Law.

3.7.   Under the Agreement, upon receipt of a Dig Law locate request, ELM is required to, among other things, locate and mark PSE's facilities and notify the excavator.

3.8.   Under the Agreement, ELM is required to mark all locatable facilities with "reasonable accuracy," defined as within 24 inches of the outside dimensions of both sides of an underground facility.

COMPLAINT - 2

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

3.9.     Under the Agreement, ELM is required to perform its services for PSE in a timely manner and in accordance with the standards of ELM's profession and the statement of work and specifications set forth in the Agreement at Schedule A and Schedule B respectively.

3.10.    Under the Agreement, ELM is required to comply with all laws as may be imposed on PSE applicable to ELM's locating and marking services, such as the Dig Law.

3.11.    Under the Agreement, ELM is liable to PSE when an excavator damages PSE's underground facilities due to ELM's negligence, such as ELM's failure to locate a locatable PSE underground gas line.  In such a case, ELM is liable for all costs of repair.

3.12.    The PSE-ELM Agreement was in effect during the events described below.

**The Puyallup Gas Main Line Damage and ELM's Failure to Pay PSE's Costs of Repair**

3.13.    On June 23, 2020, an excavator, SEFNCO Communications ("SEFNCO"), submitted a Dig Law locate request for PSE underground facilities on South Meridian Street at the intersection with Pioneer Avenue in Puyallup, Washington, where SEFNCO intended to perform directional drilling for installation of communication line.

3.14.    On June 24, 2020, and pursuant to the parties' Agreement, ELM received SEFNCO's locate request (Ticket #20251307) and assigned it to an ELM technician.  The locate request/ticket indicated the location of SEFNCO's work as "US BANK ON PIONEER SIDE CROSSING OVER MERIDIAN" and, consistent with the Dig Law, indicated that the area to be located for underground facilities was "MARKED IN WHITE."  *See also* RCW 19.122.030(1)-(2) (before commencing any excavation, an excavator must notify a one-number locator service and mark the boundary of the excavation area with white paint applied to the ground).

3.15.    The area to be located in response to SEFNCO's locate request was in fact marked in white.

COMPLAINT - 3

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

3.16.   Below is an accurate mapped representation of the requested locate area on Google maps marked by SEFNCO with white paint—the area highlighted in yellow shows the area marked with white paint for ELM to locate and mark PSE's underground facilities:



Pink arrow points to approximate location of main break.

3.17.   On June 25, 2020, the ELM technician visited the construction site but did not perform any locating services and, instead, extended the locate request to June 26, 2020.

3.18.   The locate ticket was routed to a second ELM technician when the first technician reported in sick on June 26, 2020.

3.19.   On June 26, 2020, the second ELM technician went to the construction site and only remained on-site for 27 minutes.  The second ELM technician "trouble tagged" the ticket because he could not find the U.S. Bank building's power meter.  The second ELM technician marked the U.S. Bank parking lot with "NO PSE E" (electric) and "NO PSE G" (gas).  No other marks were placed within the area of SEFNCO's white paint markings.  In other words, contrary

COMPLAINT - 4

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

to the locate ticket, this second ELM technician did not locate and mark PSE's facilities on Meridian and Pioneer.

3.20.    Following the second ELM technician's site visit on June 26, 2020, SEFNCO was told that ELM's marking of PSE electric lines was complete (even though there were no markings), and that PSE's gas lines were "clear" – meaning "No Utility Owned Facility in Excavation."  SEFNCO contacted ELM about this and was told that another ELM technician—a third technician—would come back to the site on June 29, 2020.

3.21.    On June 29, 2020 – the construction start date – the third ELM technician arrived at the site, reviewed the prior technician's notes, found the power meter for the bank, located and marked a power service line in the bank parking lot, removed the "NO PSE E" marking that had (incorrectly) been made by the prior technician, and closed the ticket.  Contrary to the locate ticket, this third ELM technician also did not locate and mark PSE's gas facilities on Meridian and Pioneer.

3.22.    On June 30, 2020, SEFNCO began directional drilling a communication line across Meridian at the intersection with Pioneer—within the dig area marked with white paint— and bore into a PSE four-inch intermediate pressure natural gas main line.

3.23.    The location of the damage to PSE's main line is depicted by the pink arrow in the highlighted Google map excerpt above.

3.24.    ELM later prepared a report entitled "Incident Investigation" regarding the damage to PSE's gas line.

3.25.    In the Incident Investigation report, ELM acknowledges that:

3.25.1.  SEFNCO "white lined" the work area including at the intersection of Meridian and Pioneer;

COMPLAINT - 5

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

3.25.2.   The damage to PSE's gas line occurred within the dig area described by SEFNCO;

3.25.3.   PSE's gas line was not "unlocatable";

3.25.4.   PSE's gas line was mapped;

3.25.5.   Despite the above, ELM technicians did not locate and mark PSE's gas line—and, instead, indicated the area was "clear" of gas utilities.

3.26.   ELM's conduct breached the parties' Agreement and caused substantial costs of repair to be incurred by PSE.

3.27.   In order to repair PSE's gas main, PSE had to, among other things, shut down the main line (which resulted in loss of gas to approximately 47 customers), help vent surrounding buildings, replace the damaged gas line segment, purge the system, and repressurize it.

3.28.   The work to repair the gas main safely—and on an emergency basis—took multiple crews and many hours.

3.29.   Gas service was restored to the community by approximately noon on July 1, 2020.

3.30.   The costs of repair incurred by PSE totaled $510,101.65.

3.31.   ELM has not paid any amount toward PSE's costs of repair to its gas main despite many months of PSE repeatedly invoicing ELM of the same.

3.32.   On February 24, 2022, PSE issued an invoice to ELM for PSE's costs of repair reflecting a balance owed in the total amount of $510,101.65.  A true and correct copy of this invoice is attached hereto as **Exhibit A**.  The second page of this invoice sets out the specific costs of repair incurred by PSE on account of the damage to its gas main, as follows:

COMPLAINT - 6

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

| Invoice: | 160030128 | | |
|---|---|---|---|
| **Description of Charges** | | | **Amount** |
| Damage Claims | | | |
| Job Order # 186585538 | | | |
| | | $ | 510,101.65 |
| **Total Charges Invoice 160030128** | | **$** | **510,101.65** |

Damage claim #20-79-85538
Invoice is for damage to 4" gas main at 210 S MERIDIAN, PUYALLUP, on
06/30/2020.
Equipment $5,409.06
PSE Labor $67,613.23
Materials $183.37
Permits $1,645.00
AA Asphalt $38,731.80
Contractor Charges - Infrasource $342,926.12
Company and Constr Overheads $53,593.07
Total Damage Claim $510,101.65

3.33.    Under the Agreement, both parties are required to accept or deny claims for payment by the other within 15 days of the billing date of the claim, and if the party receiving the invoice disputes the amount thereof, it must still timely pay the undisputed portion.  ELM failed to adhere to this timeline with respect to PSE's billing for the costs of repair for the damaged gas main.

3.34.    On March 3, 2022, ELM requested backup documentation supporting the costs of repair.  PSE supplied the documentation later that same day.  ELM did not express any objection to the amount billed.

3.35.    March 11, 2022 was the 15-day payment deadline under the parties' Agreement.  ELM did not dispute or object to the claim or the amount set forth in the invoice.  However, it also did not pay the invoice in whole or in part.

3.36.    On March 31, 2022, PSE issued another invoice to ELM for PSE's costs of repair reflecting a past-due balance of $510,101.65.  A true and correct copy of this invoice is attached hereto as **Exhibit B**.  Once again, ELM did not express any objection to the amount billed.

COMPLAINT - 7

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

3.37.    On April 15, 2022, PSE issued another invoice to ELM for PSE's costs of repair reflecting a past-due balance of $510,101.65.  A true and correct copy of this invoice is attached hereto as **Exhibit C**.  Once again, ELM did not express any objection to the amount billed.

3.38.    On May 16, 2022, PSE issued another invoice to ELM for PSE's costs of repair reflecting a past-due balance of $510,101.65.  A true and correct copy of this invoice is attached hereto as **Exhibit D**.  Once again, ELM did not express any objection to the amount billed.

3.39.    On May 23, 2022, ELM advised PSE that ELM's management team and insurer would be meeting in two days and would have an update then.  Once again, ELM did not express any objection to the amount billed.

3.40.    On May 25, 2022, ELM advised PSE that they spoke with their insurer and that the insurer required a letter from PSE even though the insurer already had the invoice and documentation.   Once again, ELM did not express any objection to the amount billed.

3.41.    On May 26, 2022, ELM provided PSE with ELM's number for its insurance claim so that PSE could reference the claim number on its letter to ELM's insurer.  Once again, ELM did not express any objection to the amount billed.

3.42.    On June 6, 2022, PSE emailed ELM's insurer demanding payment of the $510,101.65 invoice amount/cost of repair.  Neither ELM nor its insurer expressed any objection to the amount billed.

3.43.    On June 15, 2022, PSE issued a letter to ELM's insurer similarly demanding payment of the $510,101.65 invoice amount/costs of repair.  PSE also issued another invoice to ELM reflecting a past-due balance of $510,101.65.  A true and correct copy of this invoice is attached hereto as **Exhibit E**.  Once again, neither ELM nor its insurer expressed any objection to the amount billed.

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

3.44.   On July 13, 2022, PSE received a letter from an attorney who, on information and belief, was retained by ELM's insurer to represent ELM on this matter.  The letter requested further documentation of the costs of repair PSE incurred, which were billed to ELM.  Once again, neither ELM nor its insurer expressed any objection to the amount billed.

3.45.   On July 15, 2022, PSE issued another invoice to ELM for PSE's costs of repair reflecting a past-due balance of $510,101.65.  A true and correct copy of this invoice is attached hereto as **Exhibit F**.  Once again, ELM did not express any objection to the amount invoiced – that is, until August 3, 2022.

3.46.   On August 3, 2022, ELM's insurer assigned counsel wrote another letter to PSE requesting that PSE issue a reduced demand/invoice.  The letter claimed—erroneously—that negligence on the part of PSE increased the time it took to repair PSE's gas main and that this increased time led to "excessive" costs of repair.  The letter also claimed—erroneously—that one of PSE's repair contractors charged PSE "excessive" labor costs.  This letter constitutes the first time anyone at ELM or anyone acting on ELM's behalf expressed an objection, legitimate or not, to the amount of the PSE bill for the costs incurred to repair the damaged gas line.

3.47.   Notably, ELM's objection occurred over five months after PSE's first invoice and after PSE had issued ELM five additional past-due invoices (*see* Exs. A-F) – all despite the parties' contract requiring claims be presumptively accepted and paid within 15 days of the billing date of the claim.  Under these circumstances, and given the parties' relationship, this an unreasonably long time to hold PSE's invoice without objection.

3.48.   PSE subsequently issued invoices to ELM for PSE's costs of repair reflecting a past-due balance of $510,101.65, on August 15, 2022, September 14, 2022, October 14, 2022,

COMPLAINT - 9

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

November 14, 2022, and December 14, 2022.  True and correct copies of these invoices are attached hereto as **Exhibit G-K**.

3.49.    To date—despite ELM's acknowledgment of responsibility, despite PSE's issuance of 11 invoices, despite ELM's contractual obligation to timely pay claim invoices, and despite ELM's unreasonably late objection to some of PSE's costs of repair—ELM has not issued *any* payment to PSE for amounts PSE incurred to repair its damaged gas line.

3.50.    In sum, ELM is liable to PSE for the principal sum of $510,101.65 (costs of repair) due to ELM's breach of the parties Agreement, the doctrine of account stated, and/or other applicable law, together with the ancillary relief requested below.

### IV.  REQUEST FOR RELIEF

PSE requests the following relief:

1.        Judgment in favor of PSE for the principal sum of $510,101.65;

2.        Prejudgment interest on all liquidated sums;

3.        An award of costs incurred herein, including reasonable attorneys' fees, as permitted by statute, contract, or other applicable law;

4.        Such other and further relief as is just and proper under the circumstances.

DATED this 12th day of January, 2023.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff Puget Sound Energy, Inc.

By   *s/Mark Wilner*
_____

Jeffrey M. Thomas, WSBA #21175
Mark Wilner, WSBA #31550
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6677
jthomas@gordontilden.com
mwilner@gordontilden.com

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6677

# EXHIBIT A

 **PUGET SOUND ENERGY**

Issued: February 24, 2022
**Account Number:** **500001270718**
**DUE DATE** **March 16, 2022**
**TOTAL DUE** **$510,101.65**

⊗ **Important Information**   pse.com   

**ELM**
Account Name: 20-79-85538

### Your Account Summary

| | | |
|---|---|---|
| **Previous Charges:** | | |
| Amount of Your Last Bill | $ | 0.00 |
| **Total Previous Charges** | **$** | **0.00** |
| **Current Charges:** | | |
| ⚙ Other Charges or Credits | $ | 510,101.65 |
| **Total Current Charges** | **$** | **510,101.65** |
| *Total includes current and past due charges* | **Total $** | **510,101.65** |

#### How to reach us

**Bill Specific Inquiry**
Department: Claims Department
Email: claims@pse.com
Contact Number: 425-457-5700

**For All Other Inquiries**
✉ Email: customercare@pse.com
☎ Customer Service: 1-888-225-5773   |   TTY: 1-800-962-9498
Hours: 7:30 a.m. – 6:30 p.m. M – F   |   TRS: 1-866-831-5161
Puget Sound Energy: P.O. Box 91269, Bellevue, WA 98009
**24 Hour Emergency and Outage line: 1-888-225-5773**

---

**PUGET SOUND ENERGY**

**Account Number:** **500001270718**
**DUE DATE** **March 16, 2022**
**TOTAL DUE** **$510,101.65**

#### Your Ways to Pay
🖥 **pse.com** to pay online or to find pay station locations
✉ Mail this coupon and make check payable to Puget Sound Energy

000072          225 1 MB 0.482          C074



ELM
3021 PALMER ST STE C
MISSOULA MT 59808-1672

2

**Puget Sound Energy**
P.O. BOX 91269
Bellevue, WA 98009-9269

21250000320270      0001  01  00500001270718  000000000000  000051010165

## ✿ Other Charges or Credits

| Invoice: | 160030128 |
|---|---|

| Description of Charges | Amount |
|---|---|
| Damage Claims | |
| Job Order # 186585538 | |
| | $ 510,101.65 |
| **Total Charges Invoice 160030128** | **$ 510,101.65** |

*Damage claim #20-79-85538*
*Invoice is for damage to 4" gas main at 210 S MERIDIAN, PUYALLUP, on*
*06/30/2020.*
*Equipment $5,409.06*
*PSE Labor $67,613.23*
*Materials $183.37*
*Permits $1,645.00*
*AA Asphalt $38,731.80*
*Contractor Charges - Infrasource $342,926.12*
*Company and Constr Overheads $53,593.07*
*Total Damage Claim $510,101.65*

---

### Emergency or Power Outage
### Dial 1-888-225-5773

To report a natural gas or electric emergency or a power outage,
24 hours a day, call **1-888-225-5773**

Para informar sobre emergencias eléctricas, de gas o apagones 24
horas al día, llame al **1-888-225-5773**

若欲報告天然氣或電氣突發事件，或停電事故，每天 24 小時均可致
電 **1-888-225-5773**

Чтобы сообщить об аварии, связанной с природным газом или
электроэнергией, или о перерыве в подаче электроэнергии,
звоните в любое время суток по номеру **1-888-225-5773**

We can translate for other languages. Call **1-888-225-5773**.

**Keeping our word.**
You will receive a $50 credit on your PSE bill if we do not
keep a set appointment to install new or reconnect existing
service or inspect natural gas equipment. Exceptions apply
during major storms or significant events beyond our control.

**You deserve excellent service.**
Every day we aim to give you clear, understandable answers
to your questions about bills, credits, deposits and your
energy service. If you have a complaint or dispute with
your bill or service, please call us at **1-888-225-5773**.
If you are not satisfied with the response, ask to speak
with a supervisor. If you are still not satisfied, you may
contact the Consumer Affairs section of the
Utilities and Transportation Commission at
**1-888-333-WUTC (9882)** or complete an
online complaint form at **www.utc.wa.gov**.

♲ This bill is recyclable.

# EXHIBIT B

# PSE PUGET SOUND ENERGY



⊘ **Important Information**   pse.com | f 𝕏 •• in ⊡

**Issued: March 31, 2022**
**Account Number:** **500001270718**

**DUE DATE**          **Past Due**
**TOTAL DUE**          **$510,101.65**

**ELM**
Account Name: 20-79-85538

### How to reach us

**Bill Specific Inquiry**
Department: Claims Department
Email: claims@pse.com
Contact Number: 425-457-5700

**For All Other Inquiries**
✉ Email: customercare@pse.com

📞 Customer Service: 1-888-225-5773 | TTY: 1-800-962-9498
Hours: 7:30 a.m. – 6:30 p.m. M – F | TRS: 1-866-831-5161
Puget Sound Energy: P.O. Box 91269, Bellevue, WA 98009
**24 Hour Emergency and Outage line: 1-888-225-5773**

### Your Account Summary

| | | |
|---|---|---|
| Previous Charges: | | |
| Amount of Your Last Bill (dated 2/24/2022) | $ | 510,101.65 |
| **Total Previous Charges** | **$** | **510,101.65** |
| Current Charges: | | |
| 🌀 Products & Services | $ | 0.00 |
| ⚙ Other Charges or Credits | | 0.00 |
| **Total Current Charges** | **$** | **0.00** |
| *Total includes current and past due charges* | **Total $** | **510,101.65** |

Previous charges, if any, may be past due.

---

## PSE PUGET SOUND ENERGY

**Account Number:** **500001270718**
**DUE DATE**          **Past Due**
**TOTAL DUE**          **$510,101.65**

**Your Ways to Pay**
🖥 **pse.com** to pay online or to find pay station locations
✉ Mail this coupon and make check payable to Puget Sound Energy

025693



ELM
3021 PALMER ST UNIT C
MISSOULA MT 59808-1672

**Puget Sound Energy**
P.O. BOX 91269
Bellevue, WA 98009-9269

2

16750000321740    0001 01 00500001270718 000000000000 000051010165

**Summary of Previous Balance**

| Invoice | Description | Issue Date | Due Date | Amount Billed | Amount Paid | Still Open |
|---|---|---|---|---|---|---|
| 160030128 | Damage Claim | 2/24/2022 | 3/16/2022 | $ 510,101.65 | $ 0.00 | $ 510,101.65 |
| **Total** | | | | | **$** | **510,101.65** |

The detail of your current or previous statements are available to view or download with a myPSE account at **pse.com** under the Bill History section. MyPSE requires you to register with a username and password associated with your account.

**Emergency or Power Outage**
**Dial 1-888-225-5773**

To report a natural gas or electric emergency or a power outage, 24 hours a day, call **1-888-225-5773**

Para informar sobre emergencias eléctricas, de gas o apagones 24 horas al día, llame al **1-888-225-5773**

若欲報告天然氣或電氣突發事件，或停電事故，每天 24 小時均可致電 **1-888-225-5773**

Чтобы сообщить об аварии, связанной с природным газом или электроэнергией, или о перерыве в подаче электроэнергии, звоните в любое время суток по номеру **1-888-225-5773**

We can translate for other languages. Call **1-888-225-5773**.

**Keeping our word.**
You will receive a $50 credit on your PSE bill if we do not keep a set appointment to install new or reconnect existing service or inspect natural gas equipment. Exceptions apply during major storms or significant events beyond our control.

**You deserve excellent service.**
Every day we aim to give you clear, understandable answers to your questions about bills, credits, deposits and your energy service. If you have a complaint or dispute with your bill or service, please call us at **1-888-225-5773**. If you are not satisfied with the response, ask to speak with a supervisor. If you are still not satisfied, you may contact the Consumer Affairs section of the Utilities and Transportation Commission at **1-888-333-WUTC (9882)** or complete an online complaint form at **www.utc.wa.gov**.

This bill is recyclable.

# EXHIBIT C

 **PUGET SOUND ENERGY**

Issued: April 15, 2022
**Account Number:** 500001270718

**DUE DATE** **Past Due**
**TOTAL DUE** **$510,101.65**

⊗ **Important Information**   pse.com   | f ✈ •• in ⎙

**ELM**
Account Name: 20-79-85538

### How to reach us

**Bill Specific Inquiry**
Department: Claims Department
Email: claims@pse.com
Contact Number: 425-457-5700

**For All Other Inquiries**
✉ Email: customercare@pse.com

☎ Customer Service: 1-888-225-5773 | TTY: 1-800-962-9498
Hours: 7:30 a.m. – 6:30 p.m. M – F | TRS: 1-866-831-5161
Puget Sound Energy: P.O. Box 91269, Bellevue, WA 98009
**24 Hour Emergency and Outage line: 1-888-225-5773**

### Your Account Summary

| | |
|---|---|
| Previous Charges: | |
| Amount of Your Last Bill (dated 3/31/2022) | $ 510,101.65 |
| **Total Previous Charges** | **$ 510,101.65** |
| Current Charges: | |
| 🌀 Products & Services | $ 0.00 |
| ⚙ Other Charges or Credits | 0.00 |
| **Total Current Charges** | **$ 0.00** |
| *Total includes current and past due charges* **Total $** | **510,101.65** |

Previous charges, if any, may be past due.

---

**PSE** ~~PUGET SOUND ENERGY~~

**Account Number:** 500001270718
**DUE DATE** Past Due
**TOTAL DUE** **$510,101.65**

### Your Ways to Pay

⬚ **pse.com** to pay online or to find pay station locations
✉ Mail this coupon and make check payable to Puget Sound Energy

000045     170 1 MB 0.482     C074



ELM
3021 PALMER ST STE C
MISSOULA MT 59808-1672

2

**Puget Sound Energy**
P.O. BOX 91269
Bellevue, WA 98009-9269

18250000321206     0001 01 00500001270718 000000000000 000051010165

Case 2:23-cv-00150-BJR   Document 1-2   Filed 02/01/23   Page 20 of 44

**Summary of Previous Balance**

| Invoice | Description | Issue Date | Due Date | Amount Billed | Amount Paid | Still Open |
|---------|-------------|-----------|----------|---------------|-------------|-----------|
| 160030128 | Damage Claim | 2/24/2022 | 3/16/2022 | $ 510,101.65 | $ 0.00 | $ 510,101.65 |
| **Total** | | | | | **$** | **510,101.65** |

The detail of your current or previous statements are available to view or download with a myPSE account at **pse.com** under the Bill History section. MyPSE requires you to register with a username and password associated with your account.

**Emergency or Power Outage**
**Dial 1-888-225-5773**

To report a natural gas or electric emergency or a power outage, 24 hours a day, call **1-888-225-5773**

Para informar sobre emergencias eléctricas, de gas o apagones 24 horas al día, llame al **1-888-225-5773**

若欲報告天然氣或電氣突發事件，或停電事故，每天 24 小時均可致電 **1-888-225-5773**

Чтобы сообщить об аварии, связанной с природным газом или электроэнергией, или о перерыве в подаче электроэнергии, звоните в любое время суток по номеру **1-888-225-5773**

We can translate for other languages. Call **1-888-225-5773**.

**Keeping our word.**
You will receive a $50 credit on your PSE bill if we do not keep a set appointment to install new or reconnect existing service or inspect natural gas equipment. Exceptions apply during major storms or significant events beyond our control.

**You deserve excellent service.**
Every day we aim to give you clear, understandable answers to your questions about bills, credits, deposits and your energy service. If you have a complaint or dispute with your bill or service, please call us at **1-888-225-5773**. If you are not satisfied with the response, ask to speak with a supervisor. If you are still not satisfied, you may contact the Consumer Affairs section of the Utilities and Transportation Commission at **1-888-333-WUTC (9882)** or complete an online complaint form at **www.utc.wa.gov**.

This bill is recyclable.

# EXHIBIT D

 **PUGET SOUND ENERGY**

Issued: May 16, 2022

**Account Number:  500001270718**

**DUE DATE** **Past Due**
**TOTAL DUE** **$510,101.65**

⊗ **Important Information**    pse.com    f  🐦  ●●  in  📷  ▶️

**ELM**
Account Name: 20-79-85538

### Your Account Summary

| | | |
|---|---|---|
| Previous Charges: | | |
| Amount of Your Last Bill (dated 4/15/2022) | $ | 510,101.65 |
| **Total Previous Charges** | **$** | **510,101.65** |
| Current Charges: | | |
| 🌀 Products & Services | $ | 0.00 |
| ⚙ Other Charges or Credits | | 0.00 |
| **Total Current Charges** | **$** | **0.00** |
| *Total includes current and past due charges* | **Total $** | **510,101.65** |

*Previous charges, if any, may be past due.*

#### How to reach us

**Bill Specific Inquiry**
Department: Claims Department
Email: claims@pse.com
Contact Number: 425-457-5700

**For All Other Inquiries**
✉ Email: customercare@pse.com

📞 Customer Service: 1-888-225-5773 | TTY: 1-800-962-9498
Hours: 7:30 a.m. – 6:30 p.m. M – F | TRS: 1-866-831-5161
Puget Sound Energy: P.O. Box 91269, Bellevue, WA 98009
**24 Hour Emergency and Outage line: 1-888-225-5773**

---

 **PUGET SOUND ENERGY**

**Account Number:  500001270718**
**DUE DATE** **Past Due**
**TOTAL DUE** **$510,101.65**

**Your Ways to Pay**
🖥 **pse.com** to pay online or to find pay station locations
✉ Mail this coupon and make check payable to Puget Sound Energy

000174    195 1 MB 0.482    C074



ELM
3021 PALMER ST STE C
MISSOULA MT 59808-1672

**Puget Sound Energy**
P.O. BOX 91269
Bellevue, WA 98009-9269

2

18750000322639    0001 01 00500001270718 000000000000 000051010165

**Summary of Previous Balance**

| Invoice | Description | Issue Date | Due Date | Amount Billed | Amount Paid | Still Open |
|---------|-------------|------------|----------|--------------|-------------|------------|
| 160030128 | Damage Claim | 2/24/2022 | 3/16/2022 | $ 510,101.65 | $ 0.00 | $ 510,101.65 |
| **Total** | | | | | **$** | **510,101.65** |

The detail of your current or previous statements are available to view or download with a myPSE account at **pse.com** under the Bill History section. MyPSE requires you to register with a username and password associated with your account.

**Emergency or Power Outage**
**Dial 1-888-225-5773**

To report a natural gas or electric emergency or a power outage, 24 hours a day, call **1-888-225-5773**

Para informar sobre emergencias eléctricas, de gas o apagones 24 horas al día, llame al **1-888-225-5773**

若欲報告天然氣或電氣突發事件，或停電事故，每天 24 小時均可致電 **1-888-225-5773**

Чтобы сообщить об аварии, связанной с природным газом или электроэнергией, или о перерыве в подаче электроэнергии, звоните в любое время суток по номеру **1-888-225-5773**

We can translate for other languages. Call **1-888-225-5773**.

**Keeping our word.**
You will receive a $50 credit on your PSE bill if we do not keep a set appointment to install new or reconnect existing service or inspect natural gas equipment. Exceptions apply during major storms or significant events beyond our control.

**You deserve excellent service.**
Every day we aim to give you clear, understandable answers to your questions about bills, credits, deposits and your energy service. If you have a complaint or dispute with your bill or service, please call us at **1-888-225-5773**. If you are not satisfied with the response, ask to speak with a supervisor. If you are still not satisfied, you may contact the Consumer Affairs section of the Utilities and Transportation Commission at **1-888-333-WUTC (9882)** or complete an online complaint form at **www.utc.wa.gov**.

This bill is recyclable.

# EXHIBIT E

 **PUGET SOUND ENERGY**

Issued: June 15, 2022
**Account Number:  500001270718**

**DUE DATE**          **Past Due**
**TOTAL DUE**          **$510,101.65**

⊗ **Important Information**     pse.com   |   f ✈ •• in ⃞

**ELM**
Account Name: 20-79-85538

### How to reach us

**Bill Specific Inquiry**
Department: Claims Department
Email: claims@pse.com
Contact Number: 425-457-5700

**For All Other Inquiries**
✉ Email: customercare@pse.com

📞 Customer Service: 1-888-225-5773 | TTY: 1-800-962-9498
Hours: 7:30 a.m. – 6:30 p.m. M – F | TRS: 1-866-831-5161
Puget Sound Energy: P.O. Box 91269, Bellevue, WA 98009
**24 Hour Emergency and Outage line: 1-888-225-5773**

### Your Account Summary

| | |
|---|---|
| **Previous Charges:** | |
| Amount of Your Last Bill (dated 5/16/2022) | $  510,101.65 |
| **Total Previous Charges** | **$  510,101.65** |
| **Current Charges:** | |
| 🜨 Products & Services | $  0.00 |
| ⚙ Other Charges or Credits | 0.00 |
| **Total Current Charges** | **$  0.00** |
| *Total includes current and past due charges* | **Total $  510,101.65** |

Previous charges, if any, may be past due.

---



**PUGET SOUND ENERGY**

**Account Number:  500001270718**
**DUE DATE**          **Past Due**
**TOTAL DUE**          **$510,101.65**

**Your Ways to Pay**
🖥 **pse.com** to pay online or to find pay station locations
✉ Mail this coupon and make check payable to Puget Sound Energy

000085          206 1 MB 0.482          C074

ELM
3021 PALMER ST STE C
MISSOULA MT 59808-1672

2

**Puget Sound Energy**
P.O. BOX 91269
Bellevue, WA 98009-9269

2000000322921      0001 01 00500001270718 000000000000 000051010165

## Summary of Previous Balance

| Invoice | Description | Issue Date | Due Date | Amount Billed | Amount Paid | Still Open |
|---------|-------------|------------|----------|---------------|-------------|------------|
| 160030128 | Damage Claim | 2/24/2022 | 3/16/2022 | $  510,101.65 | $  0.00 | $  510,101.65 |
| **Total** | | | | | **$  510,101.65** | |

The detail of your current or previous statements are available to view or download with a myPSE account at **pse.com** under the Bill History section. MyPSE requires you to register with a username and password associated with your account.

**Emergency or Power Outage**
**Dial 1-888-225-5773**

To report a natural gas or electric emergency or a power outage, 24 hours a day, call **1-888-225-5773**

Para informar sobre emergencias eléctricas, de gas o apagones 24 horas al día, llame al **1-888-225-5773**

若欲報告天然氣或電氣突發事件，或停電事故，每天 24 小時均可致電 **1-888-225-5773**

Чтобы сообщить об аварии, связанной с природным газом или электроэнергией, или о перерыве в подаче электроэнергии, звоните в любое время суток по номеру **1-888-225-5773**

We can translate for other languages. Call **1-888-225-5773**.

**Keeping our word.**
You will receive a $50 credit on your PSE bill if we do not keep a set appointment to install new or reconnect existing service or inspect natural gas equipment. Exceptions apply during major storms or significant events beyond our control.

**You deserve excellent service.**
Every day we aim to give you clear, understandable answers to your questions about bills, credits, deposits and your energy service. If you have a complaint or dispute with your bill or service, please call us at **1-888-225-5773**. If you are not satisfied with the response, ask to speak with a supervisor. If you are still not satisfied, you may contact the Consumer Affairs section of the Utilities and Transportation Commission at **1-888-333-WUTC (9882)** or complete an online complaint form at **www.utc.wa.gov**.

This bill is recyclable.

# EXHIBIT F



**PUGET SOUND ENERGY**

Issued: July 15, 2022
**Account Number:   500001270718**

**DUE DATE**               **Past Due**
**TOTAL DUE**          **$510,101.65**

⊗ **Important Information**     pse.com  |  f ✗ •• in ⬚

**ELM**
Account Name: 20-79-85538

### How to reach us

**Bill Specific Inquiry**
Department: Claims Department
Email: claims@pse.com
Contact Number: 425-457-5700

**For All Other Inquiries**
✉ Email: customercare@pse.com

📞 Customer Service: 1-888-225-5773  |  TTY: 1-800-962-9498
Hours: 7:30 a.m. – 6:30 p.m. M – F  |  TRS: 1-866-831-5161
Puget Sound Energy: P.O. Box 91269, Bellevue, WA 98009
**24 Hour Emergency and Outage line: 1-888-225-5773**

### Your Account Summary

| | | |
|---|---|---|
| **Previous Charges:** | | |
| Amount of Your Last Bill (dated 6/15/2022) | $ | 510,101.65 |
| **Total Previous Charges** | **$** | **510,101.65** |
| **Current Charges:** | | |
| 💧 Products & Services | $ | 0.00 |
| ⚙ Other Charges or Credits | | 0.00 |
| **Total Current Charges** | **$** | **0.00** |
| *Total includes current and past due charges* | **Total $** | **510,101.65** |

Previous charges, if any, may be past due.

---

**PSE** PUGET SOUND ENERGY

**Account Number:   500001270718**
**DUE DATE**               **Past Due**
**TOTAL DUE**          **$510,101.65**

**Your Ways to Pay**
🖥 **pse.com** to pay online or to find pay station locations
✉ Mail this coupon and make check payable to Puget Sound Energy

000096      209 1 MB 0.512      C074

ELM
3021 PALMER ST STE C
MISSOULA MT 59808-1672

2

**Puget Sound Energy**
P.O. BOX 91269
Bellevue, WA 98009-9269

13750000324881      0001 01  0050000127071B  000000000000  00005101016S

Case 2:23-cv-00150-BJR   Document 1-2   Filed 02/01/23   Page 29 of 44

**Summary of Previous Balance**

| Invoice | Description | Issue Date | Due Date | Amount Billed | Amount Paid | Still Open |
|---------|-------------|------------|----------|---------------|-------------|------------|
| 160030128 | Damage Claim | 2/24/2022 | 3/16/2022 | $ 510,101.65 | $ 0.00 | $ 510,101.65 |
| **Total** | | | | | $ | **510,101.65** |

The detail of your current or previous statements are available to view or download with a myPSE account at **pse.com** under the Bill History section. MyPSE requires you to register with a username and password associated with your account.

**Emergency or Power Outage**
**Dial 1-888-225-5773**

To report a natural gas or electric emergency or a power outage, 24 hours a day, call **1-888-225-5773**

Para informar sobre emergencias eléctricas, de gas o apagones 24 horas al día, llame al **1-888-225-5773**

若欲報告天然氣或電氣突發事件，或停電事故，每天 24 小時均可致電 **1-888-225-5773**

Чтобы сообщить об аварии, связанной с природным газом или электроэнергией, или о перерыве в подаче электроэнергии, звоните в любое время суток по номеру **1-888-225-5773**

We can translate for other languages. Call **1-888-225-5773**.

**Keeping our word.**
You will receive a $50 credit on your PSE bill if we do not keep a set appointment to install new or reconnect existing service or inspect natural gas equipment. Exceptions apply during major storms or significant events beyond our control.

**You deserve excellent service.**
Every day we aim to give you clear, understandable answers to your questions about bills, credits, deposits and your energy service. If you have a complaint or dispute with your bill or service, please call us at **1-888-225-5773**. If you are not satisfied with the response, ask to speak with a supervisor. If you are still not satisfied, you may contact the Consumer Affairs section of the Utilities and Transportation Commission at **1-888-333-WUTC (9882)** or complete an online complaint form at **www.utc.wa.gov**.

This bill is recyclable.

# EXHIBIT G

 **PUGET SOUND ENERGY**

Issued: August 15, 2022
**Account Number:  500001270718**

**DUE DATE**              **Past Due**
**TOTAL DUE**          **$510,101.65**

**ELM**
Account Name: 20-79-85538

### How to reach us

**Bill Specific Inquiry**
Department: Claims Department
Email: claims@pse.com
Contact Number: 425-457-5700

**For All Other Inquiries**
Email: customercare@pse.com

Customer Service: 1-888-225-5773 | TTY: 1-800-962-9498
Hours: 7:30 a.m. – 6:30 p.m. M – F | TRS: 1-866-831-5161
Puget Sound Energy: P.O. Box 91269, Bellevue, WA 98009
**24 Hour Emergency and Outage line: 1-888-225-5773**

⊗ **Important Information**     pse.com

### Your Account Summary

| | | |
|---|---|---|
| Previous Charges: | | |
| Amount of Your Last Bill (dated 7/15/2022) | $ | 510,101.65 |
| **Total Previous Charges** | **$** | **510,101.65** |
| Current Charges: | | |
| 🌀 Products & Services | $ | 0.00 |
| ⚙ Other Charges or Credits | | 0.00 |
| **Total Current Charges** | **$** | **0.00** |
| *Total includes current and past due charges* | **Total $** | **510,101.65** |

Previous charges, if any, may be past due.

---

**PSE** PUGET SOUND ENERGY

**Account Number:  500001270718**
**DUE DATE**              **Past Due**
**TOTAL DUE**          **$510,101.65**

**Your Ways to Pay**
🖥 **pse.com** to pay online or to find pay station locations
✉ Mail this coupon and make check payable to Puget Sound Energy

000090          244 1 MB 0.512          C074

ELM
3021 PALMER ST STE C
MISSOULA MT 59808-1672

2

**Puget Sound Energy**
P.O. BOX 91269
Bellevue, WA 98009-9269

25000000326194    0001 01 00500001270718 000000000000 000051010165

Case 2:23-cv-00150-BJR   Document 1-2   Filed 02/01/23   Page 32 of 44

## Summary of Previous Balance

| Invoice | Description | Issue Date | Due Date | Amount Billed | Amount Paid | Still Open |
|---------|-------------|------------|----------|---------------|-------------|------------|
| 160030128 | Damage Claim | 2/24/2022 | 3/16/2022 | $ 510,101.65 | $ 0.00 | $ 510,101.65 |
| **Total** | | | | | **$** | **510,101.65** |

The detail of your current or previous statements are available to view or download with a myPSE account at **pse.com** under the Bill History section. MyPSE requires you to register with a username and password associated with your account.

---

**Emergency or Power Outage**
**Dial 1-888-225-5773**

To report a natural gas or electric emergency or a power outage, 24 hours a day, call **1-888-225-5773**

Para informar sobre emergencias eléctricas, de gas o apagones 24 horas al día, llame al **1-888-225-5773**

若欲報告天然氣或電氣突發事件，或停電事故，每天 24 小時均可致電 **1-888-225-5773**

Чтобы сообщить об аварии, связанной с природным газом или электроэнергией, или о перерыве в подаче электроэнергии, звоните в любое время суток по номеру **1-888-225-5773**

We can translate for other languages. Call **1-888-225-5773**.

**Keeping our word.**
You will receive a $50 credit on your PSE bill if we do not keep a set appointment to install new or reconnect existing service or inspect natural gas equipment. Exceptions apply during major storms or significant events beyond our control.

**You deserve excellent service.**
Every day we aim to give you clear, understandable answers to your questions about bills, credits, deposits and your energy service. If you have a complaint or dispute with your bill or service, please call us at **1-888-225-5773**. If you are not satisfied with the response, ask to speak with a supervisor. If you are still not satisfied, you may contact the Consumer Affairs section of the Utilities and Transportation Commission at **1-888-333-WUTC (9882)** or complete an online complaint form at **www.utc.wa.gov**.

This bill is recyclable.

# EXHIBIT H

 **PUGET SOUND ENERGY**

Issued: September 14, 2022
**Account Number:   500001270718**

**DUE DATE**      **Past Due**
**TOTAL DUE**      **$510,101.65**

⊗ **Important Information**    pse.com  |  f ✕ •• in ⊙ ▶

**ELM**
Account Name: 20-79-85538

### Your Account Summary

| | |
|---|---|
| **Previous Charges:** | |
| Amount of Your Last Bill (dated 8/15/2022) | $ 510,101.65 |
| **Total Previous Charges** | **$ 510,101.65** |
| **Current Charges:** | |
| 🌀 Products & Services | $ 0.00 |
| ⚙ Other Charges or Credits | 0.00 |
| **Total Current Charges** | **$ 0.00** |
| *Total includes current and past due charges*    **Total $** | **510,101.65** |

Previous charges, if any, may be past due.

#### How to reach us

**Bill Specific Inquiry**
Department: Claims Department
Email: claims@pse.com
Contact Number: 425-457-5700

**For All Other Inquiries**
✉ Email: customercare@pse.com

📞 Customer Service: 1-888-225-5773  |  TTY: 1-800-962-9498
Hours: 7:30 a.m. – 6:30 p.m. M – F  |  TRS: 1-866-831-5161
Puget Sound Energy: P.O. Box 91269, Bellevue, WA 98009
**24 Hour Emergency and Outage line: 1-888-225-5773**

---

**PSE** PUGET SOUND ENERGY

**Account Number:   500001270718**
**DUE DATE**     **Past Due**
**TOTAL DUE**     **$510,101.65**

**Your Ways to Pay**
🖥 **pse.com** to pay online or to find pay station locations
✉ Mail this coupon and make check payable to Puget Sound Energy

000134     252 1 MB 0.512     C074



ELM
3021 PALMER ST STE C
MISSOULA MT 59808-1672

2

**Puget Sound Energy**
P.O. BOX 91269
Bellevue, WA 98009-9269

17750000326895     0001 01   00500001270718   000000000000   000051010165

## Summary of Previous Balance

| Invoice | Description | Issue Date | Due Date | Amount Billed | Amount Paid | Still Open |
|---------|-------------|-----------|----------|--------------:|------------:|-----------:|
| 160030128 | Damage Claim | 2/24/2022 | 3/16/2022 | $ 510,101.65 | $ 0.00 | $ 510,101.65 |
| **Total** | | | | | **$** | **510,101.65** |

The detail of your current or previous statements are available to view or download with a myPSE account at **pse.com** under the Bill History section. MyPSE requires you to register with a username and password associated with your account.

**Emergency or Power Outage**
**Dial 1-888-225-5773**

To report a natural gas or electric emergency or a power outage, 24 hours a day, call **1-888-225-5773**

Para informar sobre emergencias eléctricas, de gas o apagones 24 horas al día, llame al **1-888-225-5773**

若欲報告天然氣或電氣突發事件，或停電事故，每天 24 小時均可致電 **1-888-225-5773**

Чтобы сообщить об аварии, связанной с природным газом или электроэнергией, или о перерыве в подаче электроэнергии, звоните в любое время суток по номеру **1-888-225-5773**

We can translate for other languages. Call **1-888-225-5773**.

**Keeping our word.**
You will receive a $50 credit on your PSE bill if we do not keep a set appointment to install new or reconnect existing service or inspect natural gas equipment. Exceptions apply during major storms or significant events beyond our control.

**You deserve excellent service.**
Every day we aim to give you clear, understandable answers to your questions about bills, credits, deposits and your energy service. If you have a complaint or dispute with your bill or service, please call us at **1-888-225-5773**. If you are not satisfied with the response, ask to speak with a supervisor. If you are still not satisfied, you may contact the Consumer Affairs section of the Utilities and Transportation Commission at **1-888-333-WUTC (9882)** or complete an online complaint form at **www.utc.wa.gov**.

This bill is recyclable.

# EXHIBIT I

 **PUGET SOUND ENERGY**

Issued: October 14, 2022
**Account Number:** 500001270718

**DUE DATE** | **Past Due**
**TOTAL DUE** | **$510,101.65**

⊗ **Important Information**   pse.com | f ▾ •• in ⌾

**ELM**
Account Name: 20-79-85538

### How to reach us

**Bill Specific Inquiry**
Department: Claims Department
Email: claims@pse.com
Contact Number: 425-457-5700

**For All Other Inquiries**
✉ Email: customercare@pse.com

☎ Customer Service: 1-888-225-5773 | TTY: 1-800-962-9498
Hours: 7:30 a.m. – 6:30 p.m. M – F | TRS: 1-866-831-5161
Puget Sound Energy: P.O. Box 91269, Bellevue, WA 98009
**24 Hour Emergency and Outage line: 1-888-225-5773**

### Your Account Summary

| | | |
|---|---|---|
| **Previous Charges:** | | |
| Amount of Your Last Bill (dated 9/14/2022) | $ | 510,101.65 |
| **Total Previous Charges** | **$** | **510,101.65** |
| **Current Charges:** | | |
| Products & Services | $ | 0.00 |
| Other Charges or Credits | | 0.00 |
| **Total Current Charges** | **$** | **0.00** |

*Total includes current and past due charges* **Total $ 510,101.65**

Previous charges, if any, may be past due.

---



**PUGET SOUND ENERGY**

**Account Number:** 500001270718
**DUE DATE** | **Past Due**
**TOTAL DUE** | **$510,101.65**

**Your Ways to Pay**
🖥 **pse.com** to pay online or to find pay station locations
✉ Mail this coupon and make check payable to Puget Sound Energy

000147        246 1 MB 0.512        C074

ELM
3021 PALMER ST STE C
MISSOULA MT 59808-1672

2

**Puget Sound Energy**
P.O. BOX 91269
Bellevue, WA 98009-9269

2225000032776S      0001  01  0050000127071B  0000000000000  00005101016S

Case 2:23-cv-00150-BJR   Document 1-2   Filed 02/01/23   Page 38 of 44

## Summary of Previous Balance

| Invoice | Description | Issue Date | Due Date | Amount Billed | Amount Paid | Still Open |
|---------|-------------|-----------|----------|---------------|-------------|------------|
| 160030128 | Damage Claim | 2/24/2022 | 3/16/2022 | $  510,101.65 | $  0.00 | $  510,101.65 |
| **Total** | | | | | $ | **510,101.65** |

The detail of your current or previous statements are available to view or download with a myPSE account at **pse.com** under the Bill History section. MyPSE requires you to register with a username and password associated with your account.

**Emergency or Power Outage**
**Dial 1-888-225-5773**

To report a natural gas or electric emergency or a power outage, 24 hours a day, call **1-888-225-5773**

Para informar sobre emergencias eléctricas, de gas o apagones 24 horas al día, llame al **1-888-225-5773**

若欲報告天然氣或電氣突發事件，或停電事故，每天 24 小時均可致電 **1-888-225-5773**

Чтобы сообщить об аварии, связанной с природным газом или электроэнергией, или о перерыве в подаче электроэнергии, звоните в любое время суток по номеру **1-888-225-5773**

We can translate for other languages. Call **1-888-225-5773**.

**Keeping our word.**
You will receive a $50 credit on your PSE bill if we do not keep a set appointment to install new or reconnect existing service or inspect natural gas equipment. Exceptions apply during major storms or significant events beyond our control.

**You deserve excellent service.**
Every day we aim to give you clear, understandable answers to your questions about bills, credits, deposits and your energy service. If you have a complaint or dispute with your bill or service, please call us at **1-888-225-5773**. If you are not satisfied with the response, ask to speak with a supervisor. If you are still not satisfied, you may contact the Consumer Affairs section of the Utilities and Transportation Commission at **1-888-333-WUTC (9882)** or complete an online complaint form at **www.utc.wa.gov**.

This bill is recyclable.

# EXHIBIT J

 **PUGET SOUND ENERGY**

Issued: November 14, 2022
**Account Number:  500001270718**

**DUE DATE**             **Past Due**
**TOTAL DUE**            **$510,101.65**

 **Important Information**    pse.com

**ELM**
Account Name: 20-79-85538

### Your Account Summary

| | | |
|---|---|---|
| Previous Charges: | | |
| Amount of Your Last Bill (dated 10/14/2022) | $ | 510,101.65 |
| **Total Previous Charges** | **$** | **510,101.65** |
| Current Charges: | | |
| Products & Services | $ | 0.00 |
| Other Charges or Credits | | 0.00 |
| **Total Current Charges** | **$** | **0.00** |
| *Total includes current and past due charges* | **Total $** | **510,101.65** |

*Previous charges, if any, may be past due.*

#### How to reach us

**Bill Specific Inquiry**
Department: Claims Department
Email: claims@pse.com
Contact Number: 425-457-5700

**For All Other Inquiries**
Email: customercare@pse.com

Customer Service: 1-888-225-5773    TTY: 1-800-962-9498
Hours: 7:30 a.m. – 6:30 p.m. M – F    TRS: 1-866-831-5161
Puget Sound Energy: P.O. Box 91269, Bellevue, WA 98009
**24 Hour Emergency and Outage line: 1-888-225-5773**

---

**PSE** *PUGET SOUND ENERGY*

**Account Number:  500001270718**
**DUE DATE**             **Past Due**
**TOTAL DUE**            **$510,101.65**

**Your Ways to Pay**
**pse.com** to pay online or to find pay station locations
Mail this coupon and make check payable to Puget Sound Energy

000096      243 1 MB 0.512      C074



ELM
3021 PALMER ST STE C
MISSOULA MT 59808-1672

**Puget Sound Energy**
P.O. BOX 91269
Bellevue, WA 98009-9269

2

24750000329101      0001 01  00500001270718  000000000000  000051010165

**Summary of Previous Balance**

| Invoice | Description | Issue Date | Due Date | Amount Billed | Amount Paid | Still Open |
|---------|-------------|-----------|----------|--------------|-------------|-----------|
| 160030128 | Damage Claim | 2/24/2022 | 3/16/2022 | $ 510,101.65 | $ 0.00 | $ 510,101.65 |
| **Total** | | | | | **$** | **510,101.65** |

The detail of your current or previous statements are available to view or download with a myPSE account at **pse.com** under the Bill History section. MyPSE requires you to register with a username and password associated with your account.

**Emergency or Power Outage**
**Dial 1-888-225-5773**

To report a natural gas or electric emergency or a power outage, 24 hours a day, call **1-888-225-5773**

Para informar sobre emergencias eléctricas, de gas o apagones 24 horas al día, llame al **1-888-225-5773**

若欲報告天然氣或電氣突發事件，或停電事故，每天 24 小時均可致電 **1-888-225-5773**

Чтобы сообщить об аварии, связанной с природным газом или электроэнергией, или о перерыве в подаче электроэнергии, звоните в любое время суток по номеру **1-888-225-5773**

We can translate for other languages. Call **1-888-225-5773**.

**Keeping our word.**
You will receive a $50 credit on your PSE bill if we do not keep a set appointment to install new or reconnect existing service or inspect natural gas equipment. Exceptions apply during major storms or significant events beyond our control.

**You deserve excellent service.**
Every day we aim to give you clear, understandable answers to your questions about bills, credits, deposits and your energy service. If you have a complaint or dispute with your bill or service, please call us at **1-888-225-5773**. If you are not satisfied with the response, ask to speak with a supervisor. If you are still not satisfied, you may contact the Consumer Affairs section of the Utilities and Transportation Commission at **1-888-333-WUTC (9882)** or complete an online complaint form at **www.utc.wa.gov**.

This bill is recyclable.

# EXHIBIT K

 **PSE** *PUGET SOUND ENERGY*

Issued: December 14, 2022

**Account Number:   500001270718**

**DUE DATE**                    **Past Due**
**TOTAL DUE**              **$510,101.65**

⊗ **Important Information**      pse.com   | 

**ELM**
Account Name: 20-79-85538

### How to reach us

**Bill Specific Inquiry**
Department: Claims Department
Email: claims@pse.com
Contact Number: 425-457-5700

**For All Other Inquiries**
✉ Email: customercare@pse.com

📞 Customer Service: 1-888-225-5773 | TTY: 1-800-962-9498
Hours: 7:30 a.m. – 6:30 p.m. M – F | TRS: 1-866-831-5161
Puget Sound Energy: P.O. Box 91269, Bellevue, WA 98009
**24 Hour Emergency and Outage line: 1-888-225-5773**

### Your Account Summary

| | | |
|---|---|---|
| **Previous Charges:** | | |
| Amount of Your Last Bill (dated 11/14/2022) | $ | 510,101.65 |
| **Total Previous Charges** | **$** | **510,101.65** |
| **Current Charges:** | | |
| 💧 Products & Services | $ | 0.00 |
| ⚙ Other Charges or Credits | | 0.00 |
| **Total Current Charges** | **$** | **0.00** |
| *Total includes current and past due charges* | **Total $** | **510,101.65** |

Previous charges, if any, may be past due.

---

**PSE** *PUGET SOUND ENERGY*

**Account Number:   500001270718**
**DUE DATE**                    **Past Due**
**TOTAL DUE**              **$510,101.65**

### Your Ways to Pay
💻 **pse.com** to pay online or to find pay station locations
✉ Mail this coupon and make check payable to Puget Sound Energy

000074        212 1 MB 0.512        C074

ELM
3021 PALMER ST STE C
MISSOULA MT 59808-1672

2

**Puget Sound Energy**
P.O. BOX 91269
Bellevue, WA 98009-9269

1425000029485     0001 01  00500001270718 000000000000 000051010165

Case 2:23-cv-00150-BJR   Document 1-2   Filed 02/01/23   Page 44 of 44

## Summary of Previous Balance

| Invoice | Description | Issue Date | Due Date | Amount Billed | Amount Paid | Still Open |
|---------|-------------|-----------|----------|--------------|-------------|-----------|
| 160030128 | Damage Claim | 2/24/2022 | 3/16/2022 | $ 510,101.65 | $ 0.00 | $ 510,101.65 |
| **Total** | | | | | **$** | **510,101.65** |

The detail of your current or previous statements are available to view or download with a myPSE account at **pse.com** under the Bill History section. MyPSE requires you to register with a username and password associated with your account.

---

**Emergency or Power Outage**
**Dial 1-888-225-5773**

To report a natural gas or electric emergency or a power outage, 24 hours a day, call **1-888-225-5773**

Para informar sobre emergencias eléctricas, de gas o apagones 24 horas al día, llame al **1-888-225-5773**

若欲報告天然氣或電氣突發事件，或停電事故，每天 24 小時均可致電 **1-888-225-5773**

Чтобы сообщить об аварии, связанной с природным газом или электроэнергией, или о перерыве в подаче электроэнергии, звоните в любое время суток по номеру **1-888-225-5773**

We can translate for other languages. Call **1-888-225-5773**.

**Keeping our word.**
You will receive a $50 credit on your PSE bill if we do not keep a set appointment to install new or reconnect existing service or inspect natural gas equipment. Exceptions apply during major storms or significant events beyond our control.

**You deserve excellent service.**
Every day we aim to give you clear, understandable answers to your questions about bills, credits, deposits and your energy service. If you have a complaint or dispute with your bill or service, please call us at **1-888-225-5773**. If you are not satisfied with the response, ask to speak with a supervisor. If you are still not satisfied, you may contact the Consumer Affairs section of the Utilities and Transportation Commission at **1-888-333-WUTC (9882)** or complete an online complaint form at **www.utc.wa.gov**.

This bill is recyclable.